

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
District of Nevada
CRISTINA D. SILVA
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | SEALED |
| Plaintiff, | CRIMINAL INDICTMENT |
| vs. | Case No.: 2:13-cr- 418 |
| GABRIEL MESA, | VIOLATIONS: 18 U.S.C. § 922(g)(1) and 924(a)(2), *Felon in Possession of a Firearm*, and 26 U.S.C. §§ 5842, 5861(h), and 5871, *Possession of a Firearm with an Obliterated Serial Number* |
| Defendant. | |

**THE GRAND JURY CHARGES THAT:**

**Count One**
(Possession of a Firearm by a Convicted Felon)

On or about October 3, 2012, in the State and Federal District of Nevada,

**GABRIEL MESA,**

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: (1) a 1994 conviction, in the State of Nevada, for one count of Attempted Murder (Felony) and one count of Illegal Discharge of a Firearm (Felony); (2) a 2004 conviction, in the State and Federal District of Nevada, for one count of Felon in Possession of a Firearm and Ammunition, did knowingly possess a black Springfield Model XD, .45 caliber semi-automatic pistol, serial number US707256 and a black Heckler and Koch model USP, .45 caliber semi-automatic pistol, serial number 25096092, said possession being in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**Count Two**
(Possession of a Firearm by a Convicted Felon)

On or about October 16, 2012, in the State and Federal District of Nevada,

**GABRIEL MESA,**

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: (1) a 1994 conviction, in the State of Nevada, for one count of Attempted Murder (Felony) and one count of Illegal Discharge of a Firearm (Felony); (2) a 2004 conviction, in the State and Federal District of Nevada, for one count of Felon in Possession of a Firearm and Ammunition, did knowingly possess a Crosman brand nylon holder containing a Charter Arms, .44 caliber Bulldog Pug revolver, serial number 77333, said possession being in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**Count Three**
(Possession of a Firearm by a Convicted Felon)

On or about November 1, 2012, in the State and Federal District of Nevada,

**GABRIEL MESA,**

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: (1) a 1994 conviction, in the State of Nevada, for one count of Attempted Murder (Felony) and one count of Illegal Discharge of a Firearm (Felony); (2) a 2004 conviction, in the State and Federal District of Nevada, for one count of Felon in Possession of a Firearm and Ammunition, did knowingly possess a semi-automatic Springfield, model XD40, .40 caliber pistol, serial number XD509660; a Universal Firearms Corp, model M1, .30 caliber semi automatic rifle, serial number 79472; and a Double Star Corp., model Star15, AR-15 style semi-automatic rifle, serial number D0008205, said possession being in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**Count Four**
(Possession of a Firearm by a Convicted Felon)

On or about December 19, 2012, in the State and Federal District of Nevada,

**GABRIEL MESA,**

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: (1) a 1994 conviction, in the State of Nevada, for one count of Attempted Murder (Felony) and one count of Illegal Discharge of a Firearm (Felony); and (2) a 2004 conviction, in the State and Federal District of Nevada, for one count of Felon in Possession of a Firearm and Ammunition, did knowingly possess a black hi-point, model C9, 9mm semi-automatic pistol, serial number P1531687; a Jennings Firearms model J22, .22 caliber semi-automatic pistol, serial number 1011981; a Masterpiece Arms, unknown model, unknown caliber, MAC 10 style, semi-automatic pistol, serial number F8032; a Intratec model Tec DC9, 9mm semi-automatic pistol, serial number D075233; and a Kahr Arms, model PM9, 9mm semi-automatic pistol with an obliterated serial number, said possession being in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

...

...

...

...

...

...

...

...

...

**Count Five**
(Possession of a Firearm With a Removed Serial Number)

On or about December 19, 2012, in the State and Federal District of Nevada,

**GABRIEL MESA,**

defendant herein, knowingly possessed a Kahr Arms, model PM9, 9mm semi-automatic pistol which had the serial number and other identification required by chapter 53 of Title 26, removed, in violation of Title 26, United States Code, Sections 5842, 5861(h), and 5871.

DATED: this 19th day of November, 2013.

A TRUE BIL:

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

CRISTINA D. SILVA
Assistant United States Attorney