RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 East Bonneville, Ste 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Gabriel Mesa

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:13-CR-418-APG-VCF |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO REOPEN DETENTION HEARING** |
| GABRIEL MESA, | (Hearing Requested) |
| Defendant. | |

COMES NOW the defendant, GABRIEL MESA, by and through his attorney of record, Monique Kirtley, Assistant Federal Public Defender, and moves this Court to reopen his detention hearing.

This request is based on the Points and Authorities attached hereto.

DATED this 21st day of March, 2014.

                RENE VALLADARES
                Federal Public Defender

                */s/ Monique Kirtley*
      By: _____
                MONIQUE KIRTLEY
                Assistant Federal Public Defender

1

## POINTS AND AUTHORITIES

The Defendant Mr. Gabriel Mesa ("Mr. Mesa"), was indicted on November 19, 2013. In his indictment Mr. Mesa was charged with four counts of Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1) and one count of Possession of a Firearm Without a Removed Serial Number, in violation of 26 U.S.C. § 5842. The indictment charges that in October, November and December of 2012, Mr. Mesa on separate occasions, knowingly possessed various firearms.

On November 22, 2013, Mr. Mesa was brought before a Magistrate-Judge Foley for an initial appearance. Immediately following the initial appearance, the court held a detention hearing. The Magistrate-Judge ordered Mr. Mesa detained due to a serious risk of non-appearance and danger to the community. The court determined, by preponderance of the evidence, that no condition or combination of conditions would reasonably assure the appearance of Mr. Mesa and by clear and convincing evidence, that no condition or combination of conditions which will assure the safety of other persons or the community. Mr. Mesa now seeks to reopen his detention hearing.

In regards to the finding that Mr. Mesa is a serious risk of flight, Mr Mesa submits that he has strong family ties to this community. Mr. Mesa has lived n the Las Vegas community for thirty-eight years. Mr. Mesa has lived at his present address for five years. Mr. Mesa's wife, and children reside in Las Vegas, Nevada. Since Mr. Mesa's detention hearing new facts have developed which would support his release on conditions.

First, the owner of Mario's West Side Market, Mario Berlanga, Jr. has offered Mr. Mesa full time employment at Mario's West Side Market. *See* Exhibit A: Letter from Mario Berlanga, Jr. Second, Mr. Mesa's son has been accepted into the United States Marine Corps. In July of this year he will be leaving for boot camp and would like the opportunity to spend time with his father prior to leaving. *See* Exhibit B: Letter from Anthony Joseph Mesa. Third, and more importantly, since Mr. Mesa's detention, the family home is now facing foreclosure. *See* Exhibit C: Letter from Christina Berlanga. Mr. Mesa's wife, Christina, is unable to afford to pay the house mortgage by herself. If the Court would grant Mr. Mesa's release, he would immediately begin working at Mario's West Side Market. The income he earns from Mario's will make a difference in the family being able to keep their home. Christina has further informed undersigned counsel that she is willing

to serve as a third party custodian, if the Court was willing to release Mr. Mesa. Christina and Mr. Mesa have been together for over twenty-three years. She realizes the importance and obligations of being a third party custodian. She, as well as Mr. Mesa, are taking this case very seriously and she has no problem in informing pretrial services, and the Court, if Mr. Mesa fails to abide by any release conditions that this Court finds appropriate.

In regards to finding that Mr. Mesa is a danger to the community, the court noted that Mr. Mesa has a 1993 conviction for relating to murder with a deadly weapon. Mr. Mesa re-submits the fact that the 1993 conviction was for **attempted** murder with a deadly weapon. The Court relied on this conviction for one of its basis for detention. However, this conviction as noted by the court occurred in 1993. That is over twenty-one years ago. Mr. Mesa has not engaged in any other violent activity since 1994. Mr. Mesa firmly believes that there are conditions that this Court can impose which will guarantee the safety of others and the community.

Mr. Mesa is willing to submit to any strict terms or conditions set by this Court to guarantee his future presence and the safety of the community. Mr. Mesa is willing to submit to, alcohol testing, drug testing, electronic monitoring, curfew, and house arrest. Mr. Mesa's wife is willing to be a third party custodian on his behalf.

## CONCLUSION

Due to the above, Mr. Mesa respectfully request that this Court reopen his detention hearing and release him on his personal recognizance, or on bond, subject to any combination of conditions this Court deems appropriate.

DATED this 21sth day of March, 2014.

                Respectfully submitted,

                RENE VALLADARES
                Federal Public Defender

                /s/ Monique Kirtley
By: _____
                MONIQUE KIRTLEY
                Assistant Federal Public Defender

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on March 21, 2014, she served an electronic copy of the above and foregoing **MOTION TO REOPEN DETENTION HEARING**, (Hearing Requested, by electronic service (ECF) to the person named below:

>DANIEL G. BOGDEN
>United States Attorney
>CRISTINA D. SILVA
>Assistant United States Attorney
>333 Las Vegas Blvd. So., 5th Floor
>Las Vegas, Nevada 89101

>/s/ Blanca Lenzi
>Employee of the Federal Public Defender