# EXHIBIT "A"

EXHIBIT "A"

# MARIOS NORTHTOWN INC.

# 1960 N. MARTIN LUTHER BLVD

# LAS VEGAS, NEVADA 89106

# PH.702-648-1482 FAX 702-648-1209

RE: Gabriel Mesa

Mario Berlanga the owner of Mario's Westside Market we have been at this location for 18 years. We sponsor various youth groups, we have 3 baseball teams which is through Community little league Baseball.

Gabriel Mesa has assisted us in coaching our rookie team I have known him to be a positive role model in coaching. He is a family man, I have never seen him to be out of character with the kids. He will have a job awaiting if he is released.   In life we all make bad choices, but everyone deserves a second chance.

If you have any questions please feel free to call 702-375-1775

Sincerely,

Mario Berlanga Jr.