# EXHIBIT "B"

# EXHIBIT "B"

My name is Anthony Joseph Mesa and I am my fathers fist born Son I am currently a high School Senior and im getting ready to graduate and start my Journey. I enlisted into the United States Marine corps, I leave one month after I walk across the stage and recive my diploma. It would be the greatest feeling in the world if I had both of my parents sitting in the crowd at the Thomas & Mack watching me walk in my cap and gown and to be able to see both of my parents one last time before I ship off to boot camp in July.