# EXHIBIT "C"

# EXHIBIT "C"

To whom it may concern;

RE: Gabriel Mesa

    I Christina Berlanga has been in a relationship with Gabriel mesa for 23 years. We have 3 boys and custody of one of his other children. I would like to ask the court to take into consideration of his release. As our house is going into foreclosure and need his help save our home as well as get our finances together.

    I would like to also add that if he is released. He will have a chance to see his oldest son Graduate from High School and get ready for Boot Camp. I would like to thank you for taking the time to read my letter.

Sincerely,

Christina Berlanga