# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>GABRIEL MESA,<br><br>　　　　　　　Defendant. | 2:13-cr-00418-APG-VCF<br><br>**MINUTE ORDER** |

　　　Before the Court is *United States of America v. Gabriel Mesa*, case no. 2:13-cr-00418-APG-VCF.

　　　IT IS HEREBY ORDERED that a sealed hearing on the Motion to Withdraw, and for Appointment of New Counsel (#22) is scheduled for 1:00 p.m., April 8, 2014, in Courtroom 3D.

　　　DATED this 4th day of April, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE