**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|         Plaintiff, | ) |
| vs. | ) CASE NO. 2:13-cr-418-APG-VCF |
| GABRIEL MESA, | ) ORDER FOR PREPARATION OF A |
|         Defendant. | ) PRE-PLEA PRESENTENCE |
| | ) INVESTIGATION REPORT |

**FINDINGS OF FACT**

Based on the pending Motion of counsel and good cause appearing therefore, the Court finds that:

1. Present defense counsel requests the preparation of a Pre-Plea Presentence Investigation Report request is made so that Defendant may have the advice and assistance of effective counsel reviewing his actual sentencing exposure based on his verified criminal history.

2. The preparation and review of the report in this matter will aid in the Defendant's understanding of any potential sentencing exposure and assist him in communication with his counsel.

**ORDER**

IT IS THEREFORE ORDERED, that a Pre-Plea Presentence Investigation Report be prepared in this matter by the U.S. Probation Office as soon as practicable.

Dated: May 12, 2014.

_____
UNITED STATES DISTRICT JUDGE

CRAIG W. DRUMMOND
A Professional Corporation
228 South Fourth St., First Floor
Las Vegas, NV 89101
www.attorneydrummond.com