1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

GABRIEL MESA,

               Defendant.

2:13-cr-00418-APG-VCF

**<u>ORDER</u>**

10      Before the court is the government's Motion to Amend Order (Doc. #45).  (#50).

11      The government requests the court to amend its order only in regards to defendant Mesa's ninth

12   request.  *Id.* The court ordered the government to produce Detective Lario's disciplinary file no later than

13   calendar call.

14      The court has reviewed the government's motion (#45) and the Notice of Compliance (#51).

15   Pursuant to LCR 12-1(a)(2), [r]esponses to such motions shall be filed and served within fourteen (14)

16   days from the date of service of the motion.  To date, no opposition to the government's Motion to Amend

17   Order (#50) has been filed.

18      Accordingly, and with good cause appearing,

19      IT IS HEREBY ORDERED that the government's Motion to Amend Order (Doc. #45)(#50) is

20   GRANTED. With regards to Detective Lario's personnel file, the government must comply with *Brady,*

21   *Giglio, and Henthorn*, and upon doing so, produce any required information accordingly.

22      DATED this 2nd day of December, 2014.

23

24

                            _____

                            CAM FERENBACH
                            UNITED STATES MAGISTRATE JUDGE

25