# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff<br><br>v.<br><br>GABRIEL MESA,<br><br>　　Defendant | Case No.: 2:13-cr-00418-APG-VCF<br><br>**Order Granting Motion to Withdraw as Counsel and Appointing New Counsel**<br><br>[ECF No. 108] |

　　Counsel for defendant Gabriel Mesa has moved to withdraw due to a conflict of interest. ECF No. 108. I grant the motion and allow the withdrawal of Rebecca A. Levy, Esq. and the office of the Federal Public Defender from further representation of Mr. Mesa. The coordinator of the court's Criminal Justice Act panel shall immediately appoint new counsel for Mr. Mesa. Ms. Levy shall thereafter transfer her file to newly appointed counsel.

　　Dated this 17th day of May, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE