# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> GABRIEL MESA, <br><br> Defendant | Case No.: 2:13-cr-00418-APG-VCF <br><br> **Order Granting Motion to Withdraw as Counsel and Appointing Appellate Counsel** <br><br> [ECF No. 122] |

Brian J. Smith, counsel for defendant Gabriel Mesa, moves to withdraw because he "has scant experience in appellate matters." ECF No. 122. I grant the motion and allow Mr. Smith to withdraw. The coordinator of the court's Criminal Justice Act panel shall immediately appoint new appellate counsel for Mr. Mesa. Mr. Smith shall thereafter transfer his file to newly appointed counsel.

Dated this 19th day of August, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE